453 A.2d 336

**BEAVER CONSTRUCTION COMPANY, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES.**

Supreme Court of Pennsylvania.

Argued Dec. 7, 1982.

Decided Dec. 29, 1982.

Marc D. Jonas, Lansdale, for appellant.

John R. Embick, Asst. Atty. Gen., Louise S. Thompson, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Orders affirmed.